UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SAGAPOLU,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>    Respondent. | Case No. 18-cv-04630-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 10 |

Good cause appearing, Respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **March 7, 2019**. Within **thirty (30) days** of the date such answer is filed, Petitioner may file with the Court and serve on Respondent a traverse.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: 2/4/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge