UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SAGAPOLU,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON,<br><br>    Respondent. | Case No. 18-cv-04630-HSG<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 13 |

Good cause being shown, Petitioner's motion requesting an enlargement of time to file his opposition to Respondent's motion to dismiss is GRANTED. Dkt. No. 13. Within sixty (60) days of the date of this order, Petitioner shall file his opposition to the motion to dismiss. Within fourteen (14) days of the date any opposition is filed, Respondent shall file his reply.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 4/11/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge