UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SAGAPOLU,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES ROBERTSON,<br><br>　　　　Respondent. | Case No. 18-cv-04630-HSG<br><br>**JUDGMENT** |

　　For the reasons stated in the Order Granting Motion to Dismiss Petition for Writ of Habeas Corpus as Untimely; Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/2/2019

　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge